DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE JAVAR THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1026

[July 16, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case No. 062017CF000105A88810.

Terrance Thomas, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***